Cause No. 05-25-925-CR; 926-CR; 927-CR; 928-CR

FILED IN
Court of Appeals
AUG 11 2025
Ruben Morin
Clerk, 5th District

RECEIVED
Court of Appeals
AUG 11 2025
Ruben Morin
Clerk, 5th District

In re: Joseph Dingler ) Fifth Court of Appeals At Dallas, Texas

Motion To Disqualify - Public Citizen v. Bomer, 274 F.3d 212 (5th 2001)
And Motion for Rehearing (Tex R. App P 49.1)

1. Relator has not recieved any Notice from the Clerk, but has discovered the Court's hasty ruling that demonstrates animus, personal bias by violation of Cannons of Judicial Conduct. Relator moves to have all elected Justices as having a pecuniary interest by arbitrary 3rd Branch of politics. Tex Const Art 5, §11, provides the process to have non-elected judges decide the merits. There must be impartiality.

2. Relator finds that in this backhanded action, the Court has not been mindful of the fact, "document filed pro-se is to be liberally construed, and a pro-se complaint, however inartfully plead must be held to less stringent standards than formal pleadings drafted by lawyers." Erickson v. Pardus, 127 S.Ct. 2197 (2007) (quoting Estelle v. Gamble, 97 S.Ct. 285 (1976), accord Haines v. Kerner, 92 S.Ct. 594 (1972)). "All pleadings shall be construed as to do substantial justice." Relator has been denied.

3. Relator seeks an actual opinion, finding of facts where the trial record is completely devoid of any showing of advocacy. Relator's claim has merit in the silence shown in being "constructively denied the assistance of an advocate." Relator also shows, if the court wants to see this requisite specifity show in Texas Rules... shouldn't the court order the specific performance the 6th Amendment demands? Because all original contentions remain unanswered, Relator simply asks for answers not given.

In the alternative, liberally construe as Notice of Appeal & order Counsel to justify inaction and representation of conflicting interests.

Respectfully Submitted
Joseph Dingler

28 USC §1746 - August 4, 2025

Joseph Dingler

Dear Clerk:                                                    Aug 4, 2025

    Please pardon my creide letter, but this is just a norm in Tarrant Co. where the guards can get away with murder.

    Please file my Motion For Reconsideration and please return file stomped copies of my initial petition and this motion, as I have not recieved any copy of my original.

    Thank you for your time and attention

               Joseph Dingler

Joseph Dingler # 0998964
00 N. Lamar
Ft. Worth, TX 76196

**RECEIVED**
Court of Appeals

AUG 11 2025

Ruben Morin
Clerk, 5th District

75202-66315O

NORTH TEXAS TX P&DC
DALLAS TX 750
7 AUG 2025   PM 10 L

1775 ★

Court of Appeals - 5th District
George Allen Courthouse
600 Commerce
Dallas, TX 75202